UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CV-80642-MIDDLEBROOKS

LARRY KLAYMAN,

    Plaintiff,

v.

JULIA PORTER, et al.,

    Defendants.

_____/

## ORDER OF TRANSFER

THIS CAUSE comes before the Court upon Defendants' Motion to Designate Case as Related and to Transfer to the Honorable Raag Singhal, filed on April 26, 2022. (DE 4). It appears that good cause exists to transfer this case pursuant to Local Rule 3.8 due to the related case 22-CV-80270-AHS. Subject to the consent of the Honorable Raag Singhal, it is hereby

**ORDERED AND ADJUDGED** that the above-styled matter is transferred to the Honorable Raag Singhal for all further proceedings.

**SIGNED** in Chambers at West Palm Beach, Florida, this 10th day of May, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record

After reviewing the Court file in the above-styled matter, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the case number 22-CV-80642-AHS, thereby indicating the Judge to whom all pleadings shall be routed.

**THE FOREGOING** transfer is herewith accepted this 13th day of May, 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record