UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80642-CIV-SINGHAL

LARRY KLAYMAN,

    Plaintiff,

v.

JULIA PORTER, HAMILTON FOX, III, and
MATTHEW KAISER,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Intent to File Motion to Remand and Motion to Stay Defendants' Motion to Dismiss and Motion to Consolidate (DE [6]). Plaintiff requests that the Court stay filing of a response to Defendants' Motion to Dismiss (DE [5]) until after the Court rules on Plaintiff's anticipated motion to remand. The Court has ruled upon, and denied, Plaintiff's Motion to Remand. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall file a memorandum in opposition to Defendants' Motion to Dismiss (DE [5]) no later than **July 15, 2022.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of June 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF